UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

LAMS REALTY CORP., a Foreign Corporation,

        Defendant.

Case No. 2:19-cv-01568-JHS

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

_____
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
lfuller@fullerfuller.com
and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA 19090
Telephone: 215.496.2902
Facsimile: 215.564.2879
ddessen@dms-lawyer.com

Dated: August 9, 2019

**FOR THE DEFENDANT:**

_____
Edward T. Kang, Esq.
Beth A. Hurley, Esq.
Kang Haggerty & Fetbroyt LLC
123 S. Broad St., Suite 1670
Philadelphia, PA 19109
Telephone: (215)525-5850
eking@khflaw.com
bhurley@khflaw.com

Dated: August 9, 2019